UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**DANIEL ZEA**   INDEX# CV 5154   Plaintiff,

--- AGAINST ---   AFFIDAVIT OF SERVICE

**HENRY LIMOUSINE, LTD., ET. AL.**   Defendant,

---

STATE OF NEW YORK)
               )SS.
COUNTY OF ALBANY)

MARIA SCHMITZ being duly sworn, deposes and says:

That she is over the age of eighteen years and is not a party to this action.

That on the 10th day of June, 2008, she served the Summons in a Civil Action and Class Action Complaint on EXCELSIOR CAR & LIMO, INC., a domestic corporation, one of the defendants in this action by personally delivering to and leaving with a person, DONNA CHRISTIE, white woman, approximately 42 years of age, 5'4", blond hair, blue eyes and approximately 137lbs authorized by the Secretary of State to receive such service, at the office of the Department of State in the City of Albany, New York, duplicate copies thereof together with the sum of $40.00 (forty dollars), the statutory fee.

*MARIA SCHMITZ*

Sworn before me this
10th day of June, 2008

*Lawrence A. Kirsch*
LAWRENCE A. KIRSCH
  4787475
Notary Public - State of New York
Residing in Albany County
Commission Expires May 31, 2011