USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

DANIEL ZEA, Individually and on Behalf
of All Other Persons Similarly Situated,
                    Plaintiffs,

    -against-

HENRY LIMOUSINE, LTD., HENRY
ZILBERMAN, EXCELSIOR CAR & LIMO, INC.,
BIG APPLE CAR, INC., DIAL CAR, INC.,
UTOG 2-WAY RADIO, INC., SKYLINE
CREDIT RIDE, INC., TEL AVIV
CAR & LIMOUSINE SERVICE, INC., And
John Does # 1-10,
Jointly and Severally,
                    Defendants.
-----------------------------------------------------------X

08CV5154 (NRB)

**STIPULATION**

    IT IS HEREBY STIPULATED by the attorneys for the Plaintiffs and the attorneys for the Defendants, Henry Limousine, LTD and Henry Zilberman, in the above-captioned action that the time for the Defendants to answer the Complaint in this action is extended to and including July 23, 2008. [MOVE OR]

    IT IS HEREBY STIPULATED that Defendants, Henry Limousine, LTD and Henry Zilberman, hereby appear and waive any objection as to service of process and jurisdiction.

    IT IS FURTHER STIPULATED AND AGREED that any applicable statute of limitations shall be tolled for the time period beginning June 20, 2008 until and including July 23, 2008.

Dated: June 20, 2008
New York, New York

_____
JEFFREY M. GOTTLIEB, Esq.
Gottlieb & Associates
150 East 18th Street
Suite PHR
New York, NY 10003
(212) 228-9795
*Attorneys for Plaintiffs*

_____
MATTHEW J. WEISS, Esq.
Weiss & Associates, PC
419 Park Avenue South
Second Floor
New York, NY 10016
(212) 683-7030
*Attorneys for Defendants, Henry Limousine, LTD and Henry Zilberman*

_____
USDJ
7/14/08