UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
DANIEL ZEA, Individually and on
Behalf of All Other Persons Similarly Situated,

                          Plaintiff,

        Case No.: 08-CV-5154

      -against-

HENRY LIMOUSINE, LTD. HENRY                    **APPEARANCE**
ZILBERMAN, EXCELSIOR CAR & LIMO, INC.,
BIG APPLE CAR, INC., DIAL CAR, INC.,
UTOG 2-WAY RADIO, INC., SKYLINE
CREDIT RIDE, INC., TEL AVIV
CAR & LIMOUSINE SERVICE, INC., and
John Does # 1-10, Jointly and Severally,

                          Defendants.
------------------------------------------------------------------x

To The Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for

    Defendants EXCELSIOR CAR & LIMO, INC., BIG APPLE CAR, INC., DIAL CAR, INC., SKYLINE CREDIT RIDE, INC., TEL AVIV CAR & LIMOUSINE SERVICE, INC.

    I certify that I am admitted to practice in this Court.

Dated: July 18, 2008

                                                             PIKE & PIKE, P.C.
                                                             By: Laurence I. Cohen (LC 0486)
                                                              1921 Bellmore Avenue
                                                             Bellmore, NY 11710
                                                              Tel.: (516) 783-0062
                                                              Fax: (516) 783-0082