UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
DANIEL ZEA, Individually and on
Behalf of All Other Persons Similarly Situated,

                    Plaintiff,

                    Case No.: 08-CV-5154

    -against-

HENRY LIMOUSINE, LTD. HENRY                **Rule 7.1 Statement**
ZILBERMAN, EXCELSIOR CAR & LIMO, INC.,
BIG APPLE CAR, INC., DIAL CAR, INC.,
UTOG 2-WAY RADIO, INC., SKYLINE
CREDIT RIDE, INC., TEL AVIV
CAR & LIMOUSINE SERVICE, INC., and
John Does # 1-10, Jointly and Severally,

                    Defendants.
------------------------------------------------------------------------x

      Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable the District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for EXCELSIOR CAR & LIMO, INC. (private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Allstate Private Car and Limousine, Inc.; Aristacar & Limousine, Ltd.; First Class of New York, Inc.; NYC 2 Way International, Ltd.; Optimum Car & Limo, Inc.; and TWR Car & Limo, Inc.

Dated: July 18, 2008

                                                      LAURENCE I. COHEN (LC 0486)