UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
DANIEL ZEA, Individually and on
Behalf of All Other Persons Similarly Situated,

                                  Plaintiff,

                                                          Case No.: 08-CV-5154

          -against-

HENRY LIMOUSINE, LTD. HENRY                      **Rule 7.1 Statement**
ZILBERMAN, EXCELSIOR CAR & LIMO, INC.,
BIG APPLE CAR, INC., DIAL CAR, INC.,
UTOG 2-WAY RADIO, INC., SKYLINE
CREDIT RIDE, INC., TEL AVIV
CAR & LIMOUSINE SERVICE, INC., and
John Does # 1-10, Jointly and Severally,

                                  Defendants.
-------------------------------------------------------------------x

        Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to
enable the District Judges and Magistrate Judges of the Court to evaluate possible disqualification
or recusal, the undersigned counsel for SKYLINE CREDIT RIDE, INC. (private non-governmental
party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party,
which are publicly held.

None

Dated: July 18, 2008

                                              _____
                                              LAURENCE I. COHEN  (LC 0486)