UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

DANIEL ZEA, Individually and on Behalf of All
Other Persons Similarly Situated,
                      Plaintiffs,
  -against-                                Case No. 08-CV-5154

HENRY LIMOUSINE, LTD., HENRY ZILBER-     RULE 7.1 DISCLOSURE
MAN, EXCELSIOR CAR & LIMO, INC. BIG        STATEMENT BY
APPLE CAR, INC., UTOG 2-WAY RADIO, INC.,   DEFENDANT UTOG 2-
SKYLINE CREDIT RIDE, INC.; TEL                WAY RADIO, INC.
AVIV CAR & LIMOUSINE SERVICE, INC.
And John Does #1-10, Jointly & Severally,

                    Defendants
-------------------------------------------------------------x

  Defendant Utog 2-Way Radio, Inc. by, its attorney, Paul P. DeFiore, as

and for its Rule 7.1 Disclosure Statement states that:

  It is a nongovernmental corporate party without a parent corporation and no publicly

held corporation owns 10% or more of its stock.

                                                  *Sig/*_____
                                                  PAUL P. DE FIORE (PD-3647)
                                                  Attorney for Defendant Utog 2-Way
                                                  Radio, Inc.
                                                  25-20 39th Avenue
                                                  Long Island City, New York 11101
                                                  (718) 943-4803