# MEMO ENDORSED

## WEISS & ASSOCIATES, P.C.

419 PARK AVENUE SOUTH, 2ND FLOOR
NEW YORK, NEW YORK 10016

(212) 683-7030
(212) 726-0135 (FAX)

MATTHEW J. WEISS †

JOHN M. HERMANOWSKI*

† MEMBER N.Y., CONN. & FLA. BAR

* MEMBER N.Y. BAR & USPTO

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/08

August 12, 2008

VIA FAX (212-805-7927) & ELECTRONIC FILING
Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York

FILED IN CHAMBERS
NAOMI REICE BUCHWALD

AUG 12 2008

UNITED STATES DISTRICT JUDGE

Re: Zea v. Henry Limousine, Ltd., et al.
08 CV 5154 (NRB)

Dear Honorable Judge Buchwald:

Please be advised that the my clients and the plaintiffs are in the process of discussing settlement of the above-referenced matter and have been exchanging critical relevant documents in furtherance of that end. Currently, we await the plaintiff's service upon us of his wage and tip information which we expect this week.

In light of the foregoing, we respectfully request the Court adjourn the pre-trial conference scheduled for August 21, 2008 to September 25, 2008, or such other date thereafter that is available on your calendar. No other prior requests for adjournment of said conference has been requested in this action, and plaintiff's counsel has consented to this request.

Your attention to this matter is appreciated.

Respectfully submitted,

WEISS & ASSOCIATES, P.C.

Matthew J. Weiss

MJW/rcm
cc: Jeffrey M. Gottlieb, Esq. (Via Fax 212-982-6284)
    Roberta Pike, Esq. (Via Fax 516-783-0082)
    Paul Defiore, Esq. (Via Fax 718-786-4719)

[Handwritten endorsement:] The conference is adjourned until Sept 25, 201[?] at 4:00 p.m. So Ordered. [signature] USDJ 8/14/08